UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

06-61329-CIV-MARRA

CASE NO.:

MARIA ARENAS,

    Plaintiff,

vs.

ENER1, INC., a Florida corporation,
and ENERDEL, INC., a Florida corporation,

    Defendants.

_____/

## COMPLAINT

COMES NOW, the Plaintiff, MARIA ARENAS (hereinafter referred to as "Plaintiff"), by and through his undersigned counsel, and sues the Defendants, ENER1, INC., a Florida corporation, and ENERDEL, INC., a Florida corporation (hereinafter collectively referred to as "Defendants"), and as grounds therefore states:

### JURISDICTION

1.     This is a proceeding for declaratory and injunctive relief for monetary damages to address deprivation of rights secured to Plaintiff by the Civil Rights Act, 42 U.S.C. § 1981 for all available relief thereunder, including attorney's fees and cost pursuant to 42 U.S.C. § 1988. Jurisdiction of this court is invoked pursuant to 28 U.S.C. §§ 1343 (3) and 1343 (4) conferring original jurisdiction upon this court of any civil action to recover damages or to secure relief under 42 U.S.C. § 1981.

## PARTIES

2. Plaintiff is an employee of Defendants.

3. Plaintiff is an Hispanic female born in Columbia.

4. Plaintiff's performance at Defendants was always above average and commendable.

5. Defendant ENER1, INC. is a Florida corporation authorized to do business in the State of Florida (hereinafter individually referred to as "Defendant ENER1") and was doing business at all times material hereto in Palm Beach and Broward Counties, Florida.

6. Defendant ENERDEL, INC. is a Florida corporation authorized to do business in the State of Florida (hereinafter individually referred to as "Defendant ENERDEL") and was doing business at all times material hereto in Palm Beach and Broward Counties, Florida.

7. At all times material hereto Defendants were joint employers of Plaintiff.

8. At all times material hereto, Defendants were employers subject to the dictates of 42 U.S.C. § 1981.

## COUNT I

## PLAINTIFF'S WAGE RATE DISCRIMINATION CLAIM IN VIOLATION OF 42 U.S.C. § 1981

9. During the term of her employment, Plaintiff performed admirably the functions of an Human Resources Director with both Defendants.

10. Defendants have purposely and intentionally engaged in wage rate discrimination against Plaintiff by repeatedly, over the last five years, paying Plaintiff wages substantially lower than her white American counterparts.

11. Plaintiff's race as an Hispanic female was a motivating factor in the consistent and

continuing denial of wages equivalent to similarly situated white employees.

12. Plaintiff was paid substantially less than similarly situated white employees who were performing substantially equal work.

13. Defendants' purposeful and knowing violation of 42 U.S.C. § 1981 was the proximate and natural cause of substantial income loss to Plaintiff for which she is entitled to damages under 42 U.S.C. § 1981.

WHEREFORE, Plaintiff, MARIA ARENAS, respectfully requests the entry of a judgment for damages against Defendants, ENER1, INC. and ENERDEL, INC., for the following elements of relief:

a) Loss of income due to the aforementioned discrimination;

b) Loss of benefits due to the aforementioned discrimination;

c) Damages for emotional distress and humiliation proximately caused by the reduced income alleged herein;

d) Attorney's fees and costs pursuant to 42 U.S.C. § 1981 and 42 U.S.C. §1988;

e) Punitive damages in the amount sufficient to deter such future discriminatory wage discrimination; and

f) Prejudgment interest.

## DEMAND FOR JURY TRIAL

Plaintiff requests a trial by jury on all of the issues so triable by law.

Respectfully Submitted,

**CHRISTOPHER J. RUSH & ASSOCIATES, P.A.**
Attorneys for Plaintiff
8305 So. Military Trail
Boynton Beach, Florida 33436-1506
Telephone: (561) 369-3331
Facsimile : (561) 369-5902

By:_____
    Christopher J. Rush, Esquire
    (Florida Bar No. 621706)

%JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS
MARIA ARENAS

### DEFENDANTS
ENER1, INC. and ENERDEL, INC.

06-61329civ-MARRA MAGISTRATE JUDGE SELTZER

(b) County of Residence of First Listed Plaintiff  Palm Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Christopher J. Rush, Esq., 8305 S. Military Trail, Boynton Beach, FL 33436; telephone: 561-369-3331

Attorneys (If Known)

(d) Check County Where Action Arose: ☐ MIAMI-DADE  ☐ MONROE  ☑ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☑ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☐ YES ☐ NO

JUDGE                                DOCKET NUMBER

### VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

Civil rights, race discrimination, unequal pay

LENGTH OF TRIAL via  5  days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☑ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE 8-22-06

**FOR OFFICE USE ONLY**

AMOUNT 350.00   RECEIPT # 77060   FP